UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRUCE TARVIN, TRUSTEE and MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:05-cv-1267- RLY-TAB |
| BUNN EXCAVATING, INC., | ) ) | |
| Defendant. | ) | |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation. Counsel were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation.

Accordingly, Plaintiffs' request that Defendant be held in contempt is denied.

Dated: May 9, 2006

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Frederick W. Dennerline III
FILLENWARTH DENNERLINE GROTH & TOWE
fdennerline@fdgtlaborlaw.com

Bunn Excavating, Inc.
c/o Juanita Kaye Bunn
3204 Lower Huntington Road
Fort Wayne, IN  46809