UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRUCE TARVIN, Trustee, and<br>MID CENTRAL OPERATING ENGINEERS<br>HEALTH AND WELFARE FUND,<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BUNN EXCAVATING, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:05-cv-1267-RLY-TAB |

**ADOPTION OF REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation. Parties were afforded due opportunity pursuant to statute and the rules of this court to file objections. The court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, the Fund's request for a permanent injunction is denied; Bunn is ordered to pay the Fund $270,656.43 in liquidated damages and $20,914.26 in interest; and counsel for the Fund may submit within thirty days a statement in support of any claim for fees and costs being sought in this action.

**SO ORDERED** this 14th day of October 2009.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Charles E. Davis
DAVIS LAW LLC
cdavis@davislawllc.net

Frederick W. Dennerline III
FILLENWARTH DENNERLINE GROTH & TOWE LLP
fdennerline@fdgtlaborlaw.com

Geoffrey S. Lohman
FILLENWARTH DENNERLINE GROTH & TOWE LLP
glohman@fdgtlaborlaw.com