IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRUCE TARVIN and MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) Cause No. 1:05-cv-01267-JMS-TAB |
| BUNN EXCAVATING, INC. | ) |
| Defendant. | ) |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation. Parties were afforded due opportunity pursuant to statute and the rules of this court to file objections. The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, the Court grants the Plaintiffs' request, and orders Defendant to reimburse Plaintiffs' attorney's fees and costs in the amount of $16,088.50.

Dated: 01/19/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to:

Frederick W. Dennerline III
FILLENWARTH DENNERLINE GROTH & TOWE LLP
fdennerline@fdgtlaborlaw.com

Geoffrey S. Lohman
FILLENWARTH DENNERLINE GROTH & TOWE LLP
glohman@fdgtlaborlaw.com

Bart Bunn
3204 Lower Huntington Road
Fort Wayne, IN 46809